ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

CARLOS RAMIREZ,
    a/k/a "Mocho,"
    a/k/a "Kiko,"

               Defendant.
- - - - - - - - - - - - - - - - x

NOTICE OF INTENT
TO FILE AN
INFORMATION

08 CRIM 467

JUDGE PRESKA

       Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           May 14, 2008

                             MICHAEL J. GARCIA
                             United States Attorney

                   By:   _____
                        Eugene Ingoglia
                        Assistant United States Attorney

                 AGREED AND CONSENTED TO:

                 By:   _____
                        Julie Clark, Esq.
                        Attorney for CARLOS RAMIREZ

ELECTRONICALLY FILED 5/16/08

5/16/08  WHEEL A