```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - -x
                              :
UNITED STATES OF AMERICA      :
                              :     INFORMATION
     -v-                      :
                              :     08 Cr.
CARLOS RAMIREZ,               :
     a/k/a "Mocho,"           :
     a/k/a "Kiko,"            :
                              :
               Defendant.     :
                              :
- - - - - - - - - - - - - - -x
```

JUDGE PRESKA

08 CRIM 467

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

## COUNT ONE

The United States Attorney charges:

1. From at least in or about September 2006, up to and including in or about June 2007, in the Southern District of New York and elsewhere, CARLOS RAMIREZ, a/k/a "Mocho," a/k/a "Kiko," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that CARLOS RAMIREZ, a/k/a "Mocho," a/k/a "Kiko," " the defendant, and others known and unknown, would and did distribute, and possess with intent to distribute, a controlled substance, to wit, five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1), and 841(b)(1)(A) of Title 21 of the United States Code.

Overt Acts

3.      In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a.      On or about June 1, 2007, CARLOS RAMIREZ, a/k/a "Mocho," a/k/a "Kiko," the defendant, had a telephone conversation about cocaine with a co-conspirator not named as a defendant herein ("CC-1") concerning the sale of narcotics.

b.      On or about June 2, 2007, CC-1 and other co-conspirators not named as defendants herein possessed approximately 11.5 kilograms of cocaine and two firearms.

(Title 21, United States Code, Section 846.)

Forfeiture Allegations as to Count One

4.      As a result of committing the controlled substance offenses alleged in Count One of this Information, CARLOS RAMIREZ, a/k/a "Mocho," a/k/a "Kiko," the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853 and 970, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of said violations.

Substitute Asset Provision

5. If any of the above-described forfeitable property, as a result of any act or omission of CARLOS RAMIREZ, a/k/a "Mocho," a/k/a "Kiko," the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of CARLOS RAMIREZ, a/k/a "Mocho," a/k/a "Kiko," the defendant, up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 853 and 970.)

_____
MICHAEL J. GARCIA
United States Attorney

3