```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
                                   :
UNITED STATES OF AMERICA           :
                                   :
     v.                            :
                                   :
CARLOS RAMIREZ,                    :
     a/k/a "Mocho,"                :
     a/k/a "kiko,"                 :
                                   :
           Defendant.              :
                                   :
- - - - - - - - - - - - - - - - - X
```

The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by Information instead of by Indictment.

_/s/ Carlos Ramirez_
CARLOS RAMIREZ
Defendant

_/s/_
Witness

_/s/ Julie Clark_
Julie Clark, Esq.
Counsel for Defendant

Date:  New York, New York
       May 23, 2008

0202

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 23 2008