

**U.S. Department of Justice**

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

June 9, 2008

**By Facsimile: 212-805-7941**
Honorable Loretta A. Preska
United States District Court
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08
```

Re: <u>United States v. Carlos Ramirez</u>
    08 Cr. 467 (LAP)

Dear Judge Preska:

The Government writes, after speaking with Your Honor's Deputy, to respectfully request that the conference in the above-referenced matter be re-scheduled from Tuesday, June 10, 2008, to June 25, 2008, or to such date as is convenient for the Court.

The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between June 10, 2008, and the new conference date. This delay will permit the Government and counsel for Mr. Ramirez to continue discussions concerning the possibility of a disposition before trial, and provide him with an opportunity to review discovery. This request is made with the consent of counsel for the defense.

*The June 10 conference is adjourned to July 1, 2008 at 4:30 p.m.*

*The exclusion of time is in the interests of justice*

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

SO ORDERED

cc: Julie Clark, Esq. (By facsimile)
    (718) 625-6777

_____
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

June 9, 2008