

**U.S. Department of Justice**

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

July 2, 2008

**By Facsimile: 212-805-7941**
Honorable Loretta A. Preska
United States District Court
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/08
```

    Re:    <u>United States v. Carlos Ramirez</u>
            08 Cr. 467 (LAP)

Dear Judge Preska:

    The Government writes, after speaking with Your Honor's Deputy, to confirm that the conference in the above-referenced matter has been re-scheduled from July 7, 2008, to August 7, 2008, at 10:00 a.m.

    The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between today and August 7, 2008. This delay will permit the Government and counsel for Mr. Ramirez to continue discussions concerning the possibility of a disposition before trial, and provide him with an opportunity to review discovery. This request is made with the consent of counsel for the defense. *Such exclusion is in the interests of justice.*

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

*July 3, 2008*

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

cc:    Julie Clark, Esq. (By facsimile)
       (718) 625-6977