

**U.S. Department of Justice**

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

August 1, 2008

<u>By Facsimile: 212-805-7941</u>
Honorable Loretta A. Preska
United States District Court
500 Pearl Street
New York, New York 10007

      Re:    <u>United States v. Carlos Ramirez</u>
              08 Cr. 467 (LAP)

Dear Judge Preska:

①      The Government writes, after speaking with Your Honor's Deputy, to confirm that the conference in the above-referenced matter has been re-scheduled from August 7, 2008, to August 20, 2008, at 10:30 a.m.

②      The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between August 7 and August 20, 2008. This delay will permit the Government and counsel for Mr. Ramirez to continue discussions concerning the possibility of a disposition before trial, and provide him with an opportunity to review discovery. This request is made with the consent of counsel for the defense.

*Such an exclusion is in the interests of justice,*

Very truly yours,

*So ordered
Loretta A. Preska
USDJ
August 11, 2008*

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

cc:    Julie Clark, Esq. (By facsimile)
       (718) 625-6977