AUG-19-2008 13:56

Case 1:08-cr-00467-LAP   Document 14   Filed 08/20/2008   Page 1 of 1   P.

**U.S. Department of Justice**

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: 8/20/08]

August 19, 2008

**By Facsimile: 212-805-7941**
Honorable Loretta A. Preska
United States District Court
500 Pearl Street
New York, New York 10007

      Re:    <u>United States v. Carlos Ramirez</u>
              08 Cr. 467 (LAP)

Dear Judge Preska:

(1)    The Government writes, after speaking with Your Honor's Deputy, to confirm that the conference in the above-referenced matter has been re-scheduled from August 20, 2008, to September   , 2008, at 3:00 p.m.

(2)    The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between today and September 9, 2008. This delay will permit the Government and counsel for Mr. Ramirez to continue discussions concerning the possibility of a disposition before trial, and provide him with an opportunity to review discovery. This request is made with the consent of counsel for the defense.

*Such exclusion is in the interests of justice.*

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

August 20, 2008

cc:    Julie Clark, Esq. (By facsimile)
       (718) 625-6977